**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7209**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

REGINALD CUTTINO MELVIN,

             Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:02-cr-00201-NCT-1)

Submitted:  December 4, 2008        Decided:  December 17, 2008

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald Cuttino Melvin, Appellant Pro Se.  Joan Brodish
Binkley, Lisa Blue Boggs, Assistant United States Attorneys,
Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Cuttino Melvin appeals the district court's order accepting the recommendation of the magistrate judge and denying his claim for exemption and request for a hearing, and denying his motion to stay disposition of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Melvin, No. 1:02-cr-00201-NCT-1 (M.D.N.C. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2